IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**GEORGE STEWART, JR., #47760** **PLAINTIFF**

**VERSUS** **CIVIL ACTION NO. 5:07-cv-79-DCB-MTP**

**LAWRENCE WALTON, et al.** **DEFENDANTS**

**FINAL JUDGMENT**

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion issued this date, incorporated herein by reference, it is hereby,

ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed with prejudice, for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(ii). Therefore, this dismissal will count as a "strike" under § 1915(g).

SO ORDERED this the 4th day of September, 2007.

s/ David Bramlette
UNITED STATES DISTRICT JUDGE